| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jaime A. Cuevas, Jr. 277254**<br>**Law Offices of Jaime A. Cuevas, Jr.**<br>**1712 W. Beverly Blvd.**<br>**Ste. 202**<br>**Montebello, CA 90640**<br>**(323) 408-1285 Fax: (323) 319-2058**<br>State Bar Number: **277254 CA**<br>jcuevasbklaw@gmail.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: **2:19-bk-11951-SK**<br>CHAPTER: **13** |
|---|---|
| **Ricardo Ramos**<br>**Lucina Ramos** | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| Debtor(s.) | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __**Ricardo and Lucina Ramos**__, filed a motion or application (Motion) entitled __**APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF A CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA).**__.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. (*Check appropriate box below*):

   ☑ The full Motion is attached to this notice; or

   ☐ The full Motion was filed with the court as docket entry #_____, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

   a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

   b. If you fail to comply with this deadline:

   (1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2) Movant will lodge an order that the court may use to grant the Motion; and

   (3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 1/23/2020

/s/ Jaime A. Cuevas, Jr.
Signature of Movant or attorney for Movant

Jaime A. Cuevas, Jr.
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

| Attorney or Party Name, Address, Telephone & FAX Numbers State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jaime A. Cuevas, Jr. 277254**<br>**Law Offices of Jaime A. Cuevas, Jr.**<br>**1712 W. Beverly Blvd.**<br>**Ste. 202**<br>**Montebello, CA 90640**<br>**(323) 408-1285 Fax: (323) 319-2058**<br>**277254 CA**<br>**jcuevasbklaw@gmail.com** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Ricardo Ramos**<br>**Lucina Ramos**<br><br><br>Debtor(s). | CASE NUMBER: **2:19-bk-11951-SK**<br><br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(q)(6)] |
|---|---|

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number **12** .

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $**6,000.00** for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $**350.00** per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

    (If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)

3. **Request for Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

    Fees Requested          $ **2,784.05**

"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                     Page 1                     **F 3015-1.19.APP.CH13.FEES.DMCON**

|  |  |
|---|---|
| Expenses Requested | $ <u>0.00</u> |
| Total | **$<u>2,784.05</u>** |

**4.    Case Status.**

☑ This Chapter 13 case was dismissed by the order entered as docket number **42**.
☐ This Chapter 13 case was converted to Chapter _ by the order entered as docket number _____.

**5.    Plan Status.**

☐ A Chapter 13 Plan was confirmed in this case by the order entered as docket number _.
☑ A Chapter 13 Plan was not confirmed prior to dismissal or conversion.

**6.    Property on hand.** The Chapter 13 Trustee may possess undistributed property.

**7.    Claim Prerequisites.** This Application satisfies the "Claim Prerequisites" identified in LBR 3015-1(q)(6) because it will be filed and served on the Chapter 13 Trustee, Debtor, and other parties in interest within 14 days of entry of the order dismissing or converting this case.

**8.    Prior Award for Basic Services.**

☐ Attorney previously was awarded fees for Basic Services in the amount of $_____.
☑ Attorney previously has not been awarded fees for Basic Services.

**9.    Prior Awards for Additional Services.**

☑ Attorney has not previously applied for Additional Fees in this case.
☐ Attorney previously applied for Additional Fees in this case. A total of $_____ has been awarded to Attorney for Additional Fees pursuant to its prior requests.
☐ One or more applications for Additional Fees in this case are pending. See docket number(s) _____. A total of $_____ in Additional Fees was requested pursuant to those pending applications.

**10.    Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 2/25/2019 | $690.00 | Debtor's pre-petition payment for attorney's fees |
| 2/25/2019 | $310.00 | Debtor's pre-petition payment for Chapter 13 Filing Fee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** | 1,000.00 |  |

**11.    Amount and Basis for Compensation Requested.**

a.    ☑ <u>Basic Services</u>. Applicant requests allowance of fees of $<u>750.00</u> for Basic Services pursuant to the RARA.

Description of the services provided, the results achieved and the reasonableness of the requested fee in light of the dismissal or conversion of this case (Check here ☐ if an addendum containing additional information is attached.)

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                          Page 2                          **F 3015-1.19.APP.CH13.FEES.DMCON**

b. ☐ Additional Services—Presumptively Reasonable Fees. Applicant requests allowance of fees of $_____ for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

*(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| **$ 750.00** | $750.00 | Unopposed motion to extend/impose automatic stay | 5 |
| $ | $350.00 | Unopposed application for order shortening time | |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |
| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| **$ 750.00** | | Total Requested | |

c. ☑ <u>Additional Services—Hourly or Other</u>. Attorney requests allowance of fees of $ **1,853.05** for Additional Services on an hourly or other basis, as described below:

(1) Dates during which the Additional Services were provided: from (*dates*) **2/2/2019** to **1/21/2020**.

(2) Description of the services provided, the results achieved and the reasonableness of the requested hourly fees in light of the dismissal or conversion of this case: (Check here ☑ if an addendum containing additional information is attached.)

**Attached as Exhibit A**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                             Page 3                                    **F 3015-1.19.APP.CH13.FEES.DMCON**

(3) Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| Jaime A. Cuevas, Jr. | Attorney | $350.00 | 13.0 | $ 4,550.00 |
| Grace Segura | Paralegal | $150.00 | 14.0 | $ 2,100.00 |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
|  |  | $ |  | $ |
| Less Discount |  | $ |  | -$ 4,796.95 |
| Total |  |  |  | $1,853.00 |

(4) A billing statement is attached as Exhibit A, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

(5) If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

**12.    Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| Expense for Motion to Impose Automatic Stay filing fee | $181.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **TOTAL** | $ 181.00 |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

(*Note: If you are requesting allowance of expenses, you must explain above why the requested expenses are extraordinary.*)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*　　　　　　　　　　Page 4　　　　　　　　**F 3015-1.19.APP.CH13.FEES.DMCON**

13. **Request for Payment.** Pursuant to LBR 3015-1(q)(6), Attorney requests an order directing the Chapter 13 Trustee to disburse to Attorney, to the extent funds are available, the payment of the fees and expenses requested, in addition to any unpaid fees and expenses previously allowed in favor of Attorney in this case.

14. **Consent and Declaration of Debtor.**

---

### CONSENT AND DECLARATION OF DEBTOR(S)

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this 23 day of January, 20 20 at Montebello, CA

Signature of Debtor 1: _[signature]_

Printed name of Debtor 1: Ricardo Ramos

Signature of Debtor 2: _[signature]_

Printed name of Debtor 2: Lucina Ramos

---

15. **Certifications of Counsel.**

   a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

   b. **No Debtor Consent and Declaration.** If the Debtor has not executed the Consent and Declaration in Paragraph 13, the reason the Debtor has not done so is as follows:

   c. **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

Date: 1/23/2020

Respectfully submitted,

_[signature]_
Signature of Attorney for Debtor

Jaime A. Cuevas, Jr. 277254
Printed name of Attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017    Page 5    F 3015-1.19.APP.CH13.FEES.DMCON

# Exhibit A

Jaime A. Cuevas, Jr. SBN 277254

Law Offices of Jaime A. Cuevas, Jr.

1712 W. Beverly Blvd, Suite 202

Telephone: (323) 408-1285

Montebello, CA 90640

| Key | Hours | Rate | Amount |
|---|---|---|---|
| Jaime A. Cuevas, Jr. | 13.0 | $350.00 | $4,550.00 |
| Grace Segura | 14.0 | $150.00 | $2,100.00 |

**Services Performed for Client Ricardo Ramos and Lucina Ramos:**

| Date: | Activity: | Timekeeper: | Hours: |
|---|---|---|---|
| 2/2/19 | Initial client consultation and retainer signing | JC | 2.0 |
| 2/6/19 | Client meeting for documents | JC | .4 |
| 2/11/19 | Document review and preparation | GS | 1.5 |
| 2/14/19 | Run client credit report and review with JC | GS | .5 |
| 2/14/19 | Review client credit report with GS | JC | .3 |
| 2/14/19 | Prepare signature pages, and Voluntary Petition | GS | .4 |
| 2/20/19 | Client meeting: Review credit report, sign Vol. Pet. | JC | .7 |
| 2/25/19 | Prepare and file Voluntary Petition | GS | .2 |
| 2/25/19 | Client phone call re: Case Number, 341 and Conf. date | JC | .4 |
| 2/27/19 | Prepare, file and serve MTIS | GS | **No Look Fee** |
| 3/11/19 | Prepare remaining schedules, draft Ch.13 Plan and RARA | GS | 3.0 |
| 3/11/19 | Review remaining schedules, drafted Ch.13 Plan and RARA with client; signing appointment | JC | 1.0 |
| 3/11/19 | Prepare PDF's and file remaining schedules | GS | .5 |
| 3/19/19 | Review notice of rescheduled hearing and inform client, As well as update client on case status | JC | .2 |
| 4/4/19 | Communicate with special appearance attorney for 341 Hearing | GS | .2 |
| 4/5/19 | Review post-341 hearing notes | JC | .1 |

| Date | Description | Who | Hours |
|---|---|---|---|
| 5/7/19 | Review notice of rescheduled Conf. hearing and inform Client, as well as update client on case status: addressing Client concerns. | JC | .5 |
| 6/21/19 | Discuss Motion to Avoid Lien with client | JC | 1.0 |
| 6/21/19 | Discuss Motion to Avoid Lien with GS | JC | .4 |
| 6/21/19 | Discuss Motion to Avoid Lien with JC | GS | .4 |
| 6/22/19 | Prepare Motion to Avoid Lien | GS | 3.0 |
| 6/22/19 | Review Motion to Avoid Lien with client | JC | 1.0 |
| 6/25/19 | Prepare and file Motion to Avoid Lien | GS | .5 |
| 7/12/19 | Review opposition to LAM | JC | .3 |
| 7/15/19 | Discuss opposition to LAM with GS | JC | .3 |
| 7/15/19 | Discuss opposition to LAM with JC | GS | .3 |
| 7/15/19 | Phone call with client re: meeting for LAM update | JC | .2 |
| 7/25/19 | Client meeting re: LAM update/Opposition | JC | 1.0 |
| 7/29/19 | Brief GS on Reply to Opposition | JC | .4 |
| 7/29/19 | Briefing by JC on Reply to Opposition | GS | .4 |
| 7/30/19 | Prepare Reply to Opposition | GS | 2.0 |
| 7/31/19 | Review and sign Reply to Opposition | JC | .5 |
| 7/31/19 | Prepare PDF's and file Reply to Opposition | GS | .5 |
| 8/29/19 | Review Supplemental opposition to LAM | JC | .3 |
| 11/13/19 | Review Second Supplemental Opposition to LAM | GS | .3 |
| 11/28/19 | Review Motion for Relief at Docket #35 | JC | .5 |
| 11/28/19 | Brief JC on MFR | GS | .3 |
| 11/28/19 | Briefing by GS on MFR | JC | .3 |
| 12/11/19 | Client meeting re: MFR | JC | .5 |
| 1/9/20 | Order denying LAM is entered by the court | -- | -- |
| 1/20/20 | Client meeting re: dismissal of case | JC | .7 |

1/21/20       Case is dismissed                                                    --              --

## Timekeeper Summary

JC worked 13.0 hours at $350.00 per hour, totaling $4,550.00

GS worked 14.0 hours at $150.00 per hour, totaling $2,100.00

## Fees Breakdown:

Total fees per billing spreadsheet: $6,650.00

Less Fees Pre-Petition Fees Paid: $690.00

Total: $5,960.00

Less Discount: $4,106.95

Total: $1,853.05

Plus No Look Fee and Filing Fee Expense for MTIS: $931.00

Total: $2,784.05

## Total Amount Requested: $2,784.05

| In re:<br>**Ricardo Ramos**<br>**Lucina Ramos**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:19-bk-11951-SK** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1712 W. Beverly Blvd.**
**Ste. 202**
**Montebello, CA 90640**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF ATTORNEY FOR DEBTOR FOR ALLOWANCE OF FEES AND EXPENSES FOLLOWING DISMISSAL OR CONVERSION OF CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/23/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US Trustee: ustpregion16.la.ecf@usdoj.gov**
**Chapter 13 Trustee; Kathy Dockery: EFiling@LATrustee.com**

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **1/23/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **US Trustee**<br>**915 Wilshire Blvd, Suite 1850**<br>**Los Angeles, CA 90017** | **Kathy Dockery**<br>**Chapter 13 Trustee**<br>**801 S. Figueroa St., Suite 1850**<br>**Los Angeles, CA 90017** | **Honorable Sandra Klein**<br>**United States Bankruptcy Court**<br>**255 E. temple Street, Suite 1582**<br>**Courtroom 1575**<br>**Los Angeles, CA 90012** |
|---|---|---|
| **Debtor**<br>**Ricardo and Lucina Ramos**<br>**12040 Longvale Ave**<br>**Lynwood, CA 90262** | | |

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/23/2020 | **Adrian Lozano** | **/s/ Adrian Lozano** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

Ricardo Ramos
12040 Longvale Ave
Lynwood, CA 90262


Lucina Ramos
12040 Longvale Ave
Lynwood, CA 90262


Jaime A. Cuevas, Jr.
Law Offices of Jaime A. Cuevas, Jr.
1712 W. Beverly Blvd.
Ste. 202
Montebello, CA 90640


BSI Financial Services
314 S Franklin St, 2nd Floor
PO Box 517
Titusville, PA 16354


Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Ln
Monroe, LA 71203


Fincial Credit Network
1300 W Main St
Visalia, CA 93291


Franchise Tax Board
Attn: Bankruptcy Dept
PO Box 2952
Sacramento, CA 95812-0295


InSolve Recovery, LLC
c/o Capital Recovery Group
PO Box 64090
Tucson, AZ 85728

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Midland Credit Management Inc
for Midland Funding LLC
PO Box 2011
Warren, MI 48090


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541


Tbom/atls/fortiva Thd
Pob 105555
Atlanta, GA 30348
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1712 W. Beverly Blvd.
Ste. 202
Montebello, CA 90640**

A true and correct copy of the foregoing document entitled:   **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/23/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee: ustpregion16.la.ecf@usdoj.gov

Chapter 13 Trustee; Kathy Dockery: EFiling@LATrustee.com

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **1/23/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| US Trustee | Kathy Dockery | Honorable Sandra Klein |
|---|---|---|
| 915 Wilshire Blvd, Suite 1850 | Chapter 13 Trustee | United States Bankruptcy Court |
| Los Angeles, CA 90017 | 801 S. Figueroa St., Suite 1850 | 255 E. temple Street, Suite 1582 |
| | Los Angeles, CA 90017 | Courtroom 1575 |
| | | Los Angeles, CA 90012 |

**Debtor
Ricardo and Lucina Ramos
12040 Longvale Ave
Lynwood, CA 90262**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/23/2020 | **Adrian Lozano** | /s/ Adrian Lozano |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

.

Ricardo Ramos
12040 Longvale Ave
Lynwood, CA 90262


Lucina Ramos
12040 Longvale Ave
Lynwood, CA 90262


Jaime A. Cuevas, Jr.
Law Offices of Jaime A. Cuevas, Jr.
1712 W. Beverly Blvd.
Ste. 202
Montebello, CA 90640


BSI Financial Services
314 S Franklin St, 2nd Floor
PO Box 517
Titusville, PA 16354


Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Ln
Monroe, LA 71203


Fincial Credit Network
1300 W Main St
Visalia, CA 93291


Franchise Tax Board
Attn: Bankruptcy Dept
PO Box 2952
Sacramento, CA 95812-0295


InSolve Recovery, LLC
c/o Capital Recovery Group
PO Box 64090
Tucson, AZ 85728

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Midland Credit Management Inc
for Midland Funding LLC
PO Box 2011
Warren, MI 48090


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541


Tbom/atls/fortiva Thd
Pob 105555
Atlanta, GA 30348
```